UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00332-SI |
| v. | INFORMATION |
| EDWARD WILLIAM CARUBIS, | 18 U.S.C. § 111(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a))**

On or about July 11, 2020, in the District of Oregon, defendant **EDWARD WILLIAM CARUBIS**, did forcibly assault Adult Victim 1 (AV1), Adult Victim 2 (AV2), and Adult Victim 3 (AV3), persons designated as federal officers in 18 U.S.C. § 1114, while AV1, AV2, and AV3 were engaged in and on account of the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

Dated: August 11, 2020.                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Christopher Cardani*
CHRISTOPHER CARDANI
Assistant United States Attorney