Lisa J. Ludwig, OSB #953387
Attorney at Law
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570 / Fax: (503) 217-5510
Lisa@L2R2Law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:20-cr-00332-SI-1 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DECLARATION IN SUPPORT OF** |
| | ) **MOTION TO CONTINUE TRIAL** |
| EDWARD WILLIAM CARUBIS, | ) **DATE AND WAIVER OF SPEEDY** |
| | ) **TRIAL** |
| Defendant. | ) |
| | ) |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

1. On August 3, 2020 I was retained as counsel, relieving Assistant Federal Public Defender Bryan Francesconi for Defendant, Edward Carubis in this prosecution;

2. I make this Declaration in support of the attached Motion to Continue Trial Date and Waiver of Speedy Trial;

3. The current trial date is June 22, 2021;

4. Mr. Edward Carubis is charged with one count of Assault on a Federal Officer, in violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor;

5. Mr. Edward Carubis is currently out custody pending a resolution of this matter;

6. A continuance of the current trial date for approximately 30 days is necessary to

Page 1  – DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE AND
              WAIVER OF SPEEDY TRIAL

provide the defense with adequate time to complete discovery review; to conduct independent investigation, including witness interviews and document retrieval; to prepare for trial; and otherwise complete preparations for Mr. Carubis defense;

7. This is the fifth motion to reset the trial date filed in this case on behalf of current counsel;

8. The government position on this motion is unknown;

9. I have discussed the proposed continuance and the reasons therefore with my client and he agrees to the requested continuance and consents to a finding of excludable delay for purposes of the Speedy Trial Act between June 22, 2021, and the next date selected for trial;

10. Mr. Carubis has been advised by undersigned counsel of his right to speedy trial under 18 U.S.C. § 3161(h)(7)(A) and the Sixth Amendment to the United States Constitution. Mr. Carubis waives his right to speedy trial in this case 3:20-cr-00332-SI-1 and understands the court will find excludable delay to under the Speedy Trial Act between June 22, 2021, and the next date selected for trial pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

I declare under penalty of perjury that the forgoing is correct to the best of my knowledge and belief.

RESPECTFULLY SUBMITTED this 10th day of June 2021.

/s/ Lisa J. Ludwig
Lisa J. Ludwig, OSB #953387
Attorney for the Defendant